

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00458-CV

_____

IN RE JESSICA HURLEY, PAMELA FOSTER, MADISON JARVIS, AND LANISE HEATH, Relators

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 24-3784-481

Before Bassel, Wallach, and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: October 14, 2024